■ In the Matter of 2375 OCEAN OWNERS CORP., Appellant, v COMMISSIONER OF FINANCE et al., Respondents. [801 NYS2d 917]—In consolidated proceedings pursuant to Real Property Tax Law article 7 to review real property tax assessments for tax years 1993/1994 through 1997/1998, the petitioner appeals from an order and judgment (one paper) of the Supreme Court, Kings County (Pesce, J.), dated April 29, 2004, which, after a nonjury trial, denied the petitions and dismissed the proceedings.

Ordered that the order and judgment is affirmed, with costs.

Contrary to the petitioner's contention, the Supreme Court

properly determined that the petitioner failed to demonstrate, by a preponderance of the evidence, that the subject property was overassessed (*see Matter of FMC Corp. [Peroxygen Chems. Div.] v Unmack,* 92 NY2d 179, 188 [1998]; *Matter of Garden City Plaza Assoc. v Mayor of Inc. Vil. of Garden City,* 302 AD2d 384, 385 [2003]; *Matter of Troy Realty Assoc. v Board of Assessors of City of Troy,* 227 AD2d 813 [1996]).

The petitioner's remaining contentions are without merit (*see Matter of Ames Dept. Stores v Assessor of Town of Greenport,* 276 AD2d 890, 891-892 [2000]). Florio, J.P., Ritter, Crane and Lifson, JJ., concur.